**Order entered February 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01627-CR

### THE STATE OF TEXAS, Appellant

### V.

### LUIS LOPEZ, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-59529-M**

## ORDER

The reporter's record is more than one month overdue in this State's appeal. Accordingly, the Court **ORDERS** Belinda Baraka, official court reporter of the 194th Judicial District Court, to file the reporter's record of the suppression hearing within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Belinda Baraka, official court reporter, 194th Judicial District Court, and to counsel for all parties.

/s/     DAVID EVANS
        JUSTICE